FILED BY _____ D.C.

FEB - 9 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __0:14__-cv-__62728-JIC__
(Judge's Last Name/Magistrate's Last Name)

Good Man Production

_____

_____
(Full Name of Plaintiff/s) ,

    Plaintiff(s)

vs. John Doe Subscriber

Assigned IP

Address 65.34.211.147
(Full Name of Defendant/s),

    Defendant(s).
_____/

**TITLE OF DOCUMENT**

I, Jimmy Alcimbert _____ [plaintiff or defendant], in the above styled cause, WISH TO FILE MOTION TO QUASH OR VACATE THE SUBPOENA IN THE COURT WHERE THE SUBPOENA WAS ISSUED

2/9/15
Dated: Month, day, year

Respectfully submitted,

Jimmy Alcimbert
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

1912 NW 58 TERRANCE
Street Address

LAUDERHILL FL 33313
City, State, Zip Code

Telephone: 954 861-9654

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Jimmy Alambert [specify method of service] on _____ [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

_____                    _____
Party or Attorney Name                         Party or Attorney Name

_____                    _____
Attorney E–mail Address *(if applicable)*      Attorney E–mail Address *(if applicable)*

_____                    _____
Firm Name *(if applicable)*                    Firm Name *(if applicable)*

_____                    _____
Street Address                                 Street Address

_____                    _____
City, State, Zip Code                          City, State, Zip Code

Telephone: _____                     Telephone: _____

Facsimile: _____                     Facsimile: _____

_____                    _____
Attorneys for Plaintiff/Defendant              Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*            *[Party's Name(s)] (if applicable)*